```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   19 cr 666
    -against-                         :   ORDER
                                      :
    Sargeant, et al                   :
                                      :
Defendant: Jamaal Peters               :
                                      :
--------------------------------------X
```

Hon. Kenneth M. Karas, United States District Judge:

ORDERED that home detention enforced with location monitoring be eliminated as a condition of the defendant's release. All other conditions remain as previously set.

Dated: New York, New York
       March 25, 2020

SO ORDERED

_[signature]_

Hon. Kenneth M. Karas
United States District Judge