# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| USDC SDNY |
|---|
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  September 16, 2021 |

United States District Court
Southern District of New York

---------------------------------------------------------X

United States of America,

                    Plaintiff

      -against-

Jamaal Peters

                   Defendant

---------------------------------------------------------X

**SCHEDULING ORDER**

7:19-cr-00666-KMK-8

TO ALL PARTIES:

The Court has scheduled a change of plea hearing for 9/16/2021 at  3:30 pm    before Magistrate Judge
Paul E. Davison. The Court expects to conduct the proceeding in person at the Hon. Charles L. Brieant,
Jr., Courthouse, 300 Quarropas Street, Courtroom 420, White Plains, NY 10601.

      Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY
      courthouse must complete a questionnaire and have his or her temperature taken.  The
      questionnaire is located on the Court's website at
      https://nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

Dated:  9/16/2021
       White Plains, New York

                          SO ORDERED:

                          s/        PED
                          _____

                          PAUL E. DAVISON
                          United States Magistrate Judge